(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Francisco Camacho

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:08-CR-00265 AWI** |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO ACCELERATE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| FRANCISCO CAMACHO, ) | Date: February 16, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | HON. ANTHONY W. ISHII |
| _____ ) | Dept: 2 |

It is hereby stipulated by and between the parties hereto that the Sentencing hearing in the above-captioned matter now set for February 16, 2010, at 9:00 a.m., be accelerated three (3) weeks to January 25, 2010, at 9:00 a.m.

DATED: January 12, 2010        LAW OFFICES OF HARRY M. DRANDELL


                                /s/ Harry M. Drandell
                                ─────────────────────────
                                HARRY M. DRANDELL
                                Attorney for Defendant,
                                FRANCISCO CAMACHO


DATED: January 12, 2010        LAWRENCE G. BROWN
                                United States Attorney


                                /s/ Laurel Montoya
                                LAUREL MONTOYA,
                                Assistant United States Attorney

Case 1:08-cr-00265-AWI   Document 94   Filed 01/14/10   Page 2 of 2

**ORDER**

The court grants the stipulation that the sentencing hearing currently scheduled for February 16, 2010, at 9:00 a.m., be accelerated three (3) weeks to January 25, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 13, 2010**                    /s/ **Anthony W. Ishii**
                                                                                      CHIEF UNITED STATES DISTRICT JUDGE

2